UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON

Eastern District of Kentucky
FILED
MAY 04 2007
AT LEXINGTON
LESLIE G WHITMER
CLERK U S DISTRICT COURT

UNITED STATES OF AMERICA

V.

INFORMATION NO. 07-84-KSF
21 U.S.C. § 841(a)(1)

BUFORD ROGERS

\* \* \* \* \*

**THE UNITED STATES ATTORNEY CHARGES:**

On or about July 9, 2004, in Clark County, in the Eastern District of Kentucky,

**BUFORD ROGERS**

did knowingly and intentionally possess with intent to distribute a mixture or substance containing a detectable amount of marijuana, a Schedule I controlled substance, all in violation of 21 U.S.C. § 841(a)(1).

AMUL THAPAR
UNITED STATES ATTORNEY

## **PENALTIES**

First Offense:  Not more than five years imprisonment, not more than a $250,000 fine, and not less than two years of supervised release.

Second Offense:  Not more than ten years imprisonment, not more than a $500,000 fine, and not less than four years of supervised release.

**PLUS:**  Mandatory Special Assessment of $100 per felony count.